**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, THE STATE OF WASHINGTON, THE MUCKLESHOOT INDIAN TRIBE, and THE PUYALLUP TRIBE OF INDIANS,<br><br>      Plaintiffs,<br><br>    v.<br><br>POLAR TANKERS, INC.<br><br>      Defendant. | Civil Action No. _____<br><br>**COMPLAINT** |

The United States of America, by authority of the Attorney General of the United States and acting at the request of the Department of Commerce, National Oceanic and Atmospheric Administration ("NOAA") and the Department of the Interior, U.S. Fish & Wildlife Service ("USFWS"); the State of Washington, on behalf of the Washington State Department of Fish and Wildlife and the Department of Ecology; the Muckleshoot Indian Tribe; and the Puyallup Tribe of Indians, file this complaint and allege as follows:

COMPLAINT

Environmental Enforcement Section
U.S. Department of Justice
7600 Sand Point Way NE, c/o NOAA
Seattle, Washington 98115
(206) 526-6608

1

## NATURE OF THE ACTION

1. This is a civil action brought against Polar Tankers, Inc. ("Defendant") pursuant to the Oil Pollution Act of 1990 ("OPA"), 33 U.S.C. § 2701 *et seq.*, seeking natural resource damages arising from a discharge of crude oil from Defendant's tank vessel POLAR TEXAS into or upon navigable waters of the United States and/or adjoining shorelines.

## JURISDICTION, VENUE AND AUTHORITY

2. This Court has jurisdiction over the Plaintiffs' claims pursuant to 28 U.S.C. §§ 1331, 1345, and 1367, and Section 1017(b) of OPA, 33 U.S.C. § 2717(b).

3. Venue is proper in the Western District of Washington pursuant to 28 U.S.C. §§ 1391 and 1395(a) and Section 1017(b) of OPA, 33 U.S.C. § 2717(b), because it is the judicial district in which the oil discharge and resulting injuries occurred.

4. Authority to bring this action on behalf of the United States is vested in the Department of Justice pursuant to 28 U.S.C. §§ 516 and 519.

## DEFENDANT

5. Defendant Polar Tankers, Inc. ("Defendant") is a wholly owned subsidiary of ConocoPhillips, Inc.

6. Defendant is a "person" within the meaning of Section 1001(27) of OPA, 33 U.S.C. § 2107(27).

7. Defendant owns the tank vessel POLAR TEXAS from which the oil discharged.

## STATUTORY BACKGROUND

8. Section 1002(a) of OPA, 33 U.S.C. § 2702(a), provides that "each responsible party for a vessel or facility from which oil is discharged, or which poses the substantial threat of a discharge of oil, into or upon the navigable waters or adjoining shorelines . . . is liable for the removal costs and damages . . . that result from such incident."

COMPLAINT

2

9. Section 1001(32) of OPA, 33 U.S.C. § 2701(32), defines "responsible party" to include, "[i]n the case of a vessel, any person owning [or] operating . . . the vessel."

10. The term "discharge" includes any ". . . spilling, leaking, pumping, pouring, emitting, emptying, or dumping . . . " pursuant to Section 1001(7) of OPA, 33 U.S.C. § 2701(7).

11. "Damages" for which a responsible party is liable, pursuant to Section 1002(a) of OPA, 33 U.S.C. § 2702(a), include, "[d]amages for injury to, destruction of, loss of, or loss of use of, natural resources, including the reasonable costs of assessing the damage . . . ." 33 U.S.C. §§ 2701(5) and 2702(b)(2).

12. Pursuant to Section 1006 of OPA, 33 U.S.C. § 2706, NOAA, USFWS, the State of Washington, the Muckelshoot Indian Tribe, and the Puyallup Tribe of Indians have been designated trustees for the injured natural resources.

## GENERAL ALLEGATIONS

13. Defendant's oil tanker, POLAR TEXAS, is a "vessel" and a "tank vessel" within the meaning of Section 1001(37) and (34) of OPA, 33 U.S.C. § 2701(37) and (34).

14. On or about October 13, 2004, Defendant's POLAR TEXAS vessel discharged crude oil into waterways in or near Dalco Passage, part of Puget Sound near Tacoma, Washington. Estimates of the volume of oil discharged range from 1,000 to 7,200 gallons.

15. The crude oil is an "oil" within the meaning of Section 1001(23) of OPA, 33 U.S.C. § 2701(23).

16. The waterways in or near Dalco Passage are "navigable waters" within the meaning of Section 1001(21) of OPA, 33 U.S.C. § 2701(21).

17. The discharged oil washed ashore on Vashon and Maury Islands in Washington.

18. The discharged oil caused injuries to natural resources, including various intertidal and subtidal species, including Puget Sound Chinook salmon and other salmonids,

COMPLAINT

3

Environmental Enforcement Section
U.S. Department of Justice
7600 Sand Point Way NE, c/o NOAA
Seattle, Washington 98115
(206) 526-6608

1  Hardshell Clams, Surf Smelt, and Sand Lance, and their habitats, as well as birds and other
2  wildlife.  The Spill resulted in oiling and temporary closures of beaches on both Vashon and
3  Maury Islands.
4      19.   Damages to natural resources caused by the discharge of oil, including the costs
5  of assessment of natural resource damages and future restoration, total approximately $588,000.
6      20.   The discharge of oil was not authorized by OPA, or any other federal, state,
7  or local government law, regulation, or ordinance.

## CLAIM FOR RELIEF

### Natural Resource Damages under Section 1002(a) of OPA

10     21.   The allegations of the foregoing paragraphs are incorporated herein by reference.
11     22.   "Natural resources," as that term is defined in Section 1001(20) of OPA, 33
12  U.S.C. § 2701(20), have been injured, destroyed or lost as the result of the discharge of oil into
13  or upon navigable waters or adjoining shorelines, within the meaning of Section 1002(b)(2) of
14  OPA, 33 U.S.C. § 2702(b)(2).
15     23.   As a responsible party for a vessel from which oil was discharged into or upon
16  navigable waters or adjoining shorelines, Defendant is liable, pursuant to Section 1002(a) of
17  OPA, 33 U.S.C. § 2702(a), for damages caused thereby, including but not limited to damages for
18  injury to, destruction of, loss of or loss of use of natural resources (and as defined in Section
19  1006(d)(1) of OPA, 33 U.S.C. § 2706(d)(1)).

## PRAYER FOR RELIEF

21     WHEREFORE, Plaintiffs, the United States of America; the State of Washington; the
22  Muckleshoot Indian Tribe; and the Puyallup Tribe of Indians, respectfully request that the Court:
23     1.   Award damages for injury to natural resources and costs of assessment;
24     2.   Award the Plaintiffs their costs of this action; and

COMPLAINT                                    Environmental Enforcement Section
                                             U.S. Department of Justice
                                             7600 Sand Point Way NE, c/o NOAA
                                             Seattle, Washington 98115
                         4                   (206) 526-6608

3. Award such other and further relief as the Court deems appropriate.

Date: March 15, 2010                         Respectfully submitted,

FOR THE UNITED STATES:

                                            ELLEN M. MAHAN
                                            Deputy Section Chief
                                            Environmental Enforcement Section
                                            Environment and Natural Resources Division
                                            United States Department of Justice

                                            /s Erika M. Zimmerman
                                            ERIKA M. ZIMMERMAN
                                            Oregon Bar #055004
                                            Trial Attorney
                                            Environmental Enforcement Section
                                            Environment and Natural Resources Division
                                            United States Department of Justice
                                            7600 Sand Point Way NE, c/o NOAA, DARC
                                            Seattle, Washington 98115
                                            Telephone: (206) 526-6608
                                            Facsimile: (206) 526-6665


                                            JENNY A. DURKAN
                                            United States Attorney
                                            Western District of Washington

                                            BRIAN C. KIPNIS
                                            Assistant United States Attorney
                                            5220 United States Court House
                                            700 Stewart Street
                                            Seattle, Washington 98101-1271
                                            Telephone: (206) 553-7970
                                            Facsimile: (206) 553-4073
                                            E-mail: brian.kipnis@usdoj.gov

COMPLAINT                                     Environmental Enforcement Section
                                            U.S. Department of Justice
                                            7600 Sand Point Way NE, c/o NOAA
                                            Seattle, Washington 98115
                        5              (206) 526-6608

FOR THE STATE:

    ROB MCKENNA
    Attorney General

    /s Philip M. Ferester
    PHILIP M. FERESTER
    WSBA # 21699
    Washington State Attorney General's Office
    P.O. Box 40117
    Olympia, WA 98504
    Facsimile: 360-586-6760

    /s Kelly T. Wood
    KELLY T. WOOD
    WSBA # 40067
    Washington State Attorney General's Office
    P.O. Box 40117
    Olympia, WA 98504
    Facsimile: 360-586-6760

FOR THE MUCKLESHOOT INDIAN TRIBE:

    /s Robert L. Otsea, Jr.

    ROBERT L. OTSEA, JR.
    WSBA # 9367
    Office of the Tribal Attorney
    Muckleshoot Indian Tribe
    39015 - 172nd Avenue S.E.
    Auburn, Washington 98092
    Tel. (253) 939-3311

FOR THE PUYALLUP TRIBE OF INDIANS:

    /s Lisa Brautigam

    LISA BRAUTIGAM
    WA Bar No. 27877
    Attorney
    Puyallup Tribe of Indians
    3009 Portland Avenue
    Tacoma, Washington 98404
    Facsimile: (253) 573-7929

COMPLAINT      Environmental Enforcement Section
    U.S. Department of Justice
    7600 Sand Point Way NE, c/o NOAA
    Seattle, Washington 98115
6     (206) 526-6608

OF COUNSEL FOR THE UNITED STATES:

ROBERT TAYLOR
GCNR/NW
National Oceanic and Atmospheric Administration
7600 Sand Point Way N.E.
Seattle, WA 98115

COMPLAINT

Environmental Enforcement Section
U.S. Department of Justice
7600 Sand Point Way NE, c/o NOAA
Seattle, Washington 98115
(206) 526-6608